CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Walter Allen

**PLAINTIFF**

4738 Maart St Apt

**Address (No Post Office Boxes)**

Brooklyn        NY   11221

**City                State        Zip Code**

RECEIVED
Mail Room

DEC 2 6 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case: 1:23–cv–03877 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/26/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ✓ Yes  ☐ No

VS.

NY Civil Services Comm.

**DEFENDANT**

one Centre St # 2300 n

**Address (No Post Office Boxes)**

NY        NY    10007

**City                State        Zip Code**

### COMPLAINT

All forewured mandated Associated: stipulated: Related to
Approud my Title V. Complant. +Atch. papers for Civil action. +
involuntals: Jobs lost. and pay me-061 50-7044 900 zillion times- by Defendant: Base on(Def.) Detendant is REQ.
to have same Info. AS ME-061 50-7044: Such: AS: W-2. form
(BOE ID # H.S. Diploma (E.P.S) political party Status: my BOE
ID # is-30562608-7 vaulted by Boe # W-1-797-8800 (718) my
P.P.S. is Independent: NO REQ Info. No Jobs No Housings no -
voting wit into = pymnts for plaintff Def.'s Public opinions: 202-354-3000
202-805-0175: 202-357-6406-202-275-6000: Federal guidelines: USA +
foreign Jursdictions: 202-479-3011 Finalized Jursdictions wit google Policy

Walter L allen

Original Signature (in pen)

Don't Apply

Name (if applicable, Prisoner ID No.)

Don't Apply

Address or Facility Address

Don't Apply

City        State        Zip Code

Rev: 01/10/2023
*Use additional pages as needed

Fn 347-564-0357  To 202-881-3000
Ce 212-805-0128

Subjects approved. Base on
People don't have my Req.
Into: foreclosed On few
Home Imprisoned + Toff 1
Settings Staranationals

All US Tenants is evictionals
Jobs lost for not having
my Req. Into Such AS. HS
Diplmat Bar To#(P-P-S)
Political. party Status
+ W2 forms

Subjects approved. Suthering
Made me fear to reach
Class never setting: Nebualy
Was fear feelings. I don't
As A Suthered feeling out loud
Was A problem for my Base
on when Reading at loud every
word has A Spontaneus different
pronan ceations now ① talked
for my Ideas + memories. Im
Okay.

Subjects approved by Old my life Started strip
planning in Bush HS Area-Canny area to metropletan
Ins Job: Collegs. Laundrymats ABC. NYPD as A
School Safety Agent + As A Jury at 666 E 6st

I had ② Those mortages
Finance Layers + credit
Cards: my As Ans
I rather be air budget
than under budget on no
Budget at All. Written on
night on Bro.

To Foreign Jurisdictions for
Toola 1 2 22 2023
Deadline date ↗

Subject All fareured manifested
associated Stimulated Related
to approved my private.
petition. for an Independent
Society Base on my Req.
Into: people-does A don't
have HS Diploma, W2,
political party Status
Bar ID Hs: people don't
have no Housings no Jobs
+ no voting foreiged
Foreign Jurisdictions-evictionals
Foreiguctionals

But all me manifest into
3% gun has ⑥ parts ⑥
part is. Opening pin

① don't have feeling.
Of trans when ① did
math in School Base
on no talking more
thinking

① can't forget ① grew up as A
Suthered I think look listen
Before ① talk: Im not A
public speaker on a contest talker
still praceicerng. talking do 50-

Each Waller-Zallen 7049
USA Prison pay me-must 900 zillion $1 9W 2 zillion times
for me ID HS P.P.S. HS Diploma + W2.

Ar. WALTER ALLEN D.V.
4738 MART ST. put victim put
Brooklyn NY 11221
Allen Walter 83 @ gmail
*Com. 347-564-0357
All forever mandated
stimulated associated
Related to my info

Subjects approval
Closed SSA
FEMA. Base on.
me denied Application
ton. 2004

Closed MEDCns. Base
on me denied
Application on
06-15-2002. I.
Sum. 718.595.2600

Work Ag. 12-22-2023
Deadline date 12-22-2023
Subjects All MHT Chem.
Cal. + J P Morgan Chase
1-877-576-2427 Embeds
with 14 years is entitled
to 100 e/o vested same
as me – W Allen dob 50-7094
Related to Above
Banks merging
my starting date
at MHT was
07-02-1979 to
9-11-1940

To US District Court
District of Columbia
333 Constitution Ave NW
Washington DC 20001
Tele # 202-354-3000
Attn Clerk of Court

To EC US Dist Court
Southern District NY
500 Pearl St
NY NY 10007
Tele # 202-505-0175

Send info to US
Dist. Ct. SDNY
202-805-0175

Subject approved by my management of
SVC by 202-479-3011 + 202-514-2217
Prossed a Right and Wrong CASE #
20-0687. On memo dated 12-07-2020 20-0687 @ where
20-0687. V. Right. Ck www. US Supreme Court Docket search 20-0687

Closed all USA public
BN for SVCS. Base on
all people @ USA is need
to have me med info
Such as. Bse IO – W2 form
political Party Status.
H.S diploma: No Jobs
No Housing. No voting
for pop. people don't
have no med. info

Subjects Approved by B. Bush
dob 50-7044 my steel. As a lesbian
bush and a distrust felt manager
but. @ divorces. + @ didn't know
life was a strip dancer + like
prostitutions for 1977 to 12-22-
2023 but 212-233-3800

Closed Workers Comp. and
unemployments for my
denied Applications and Appeals
Forever.

Subjects approved by
D.V. victim. Distrell @
200 Yler Db 4488. but
call 9-11 20+ times
@ divorce Actions

Closed all USA public BN for SVCS
Based on me denied Appeals but
FEMA. NYCERS + MY USA
Complaint's is unprocessed

Distributions of US Jobs! + Housings.... Foods water utilities clothes
for males + females on non-employees + employees

From. Walter Allen Du victim
300 SKnc6870. 300 YKno64485
4788 Hart St. Brooklyn NY 11221
Allen Walter 85 Duration
Tele # 347-564-0357.

Subject S2
Home. Schools/
Jobs makes A
Better Society
me opined

Today 12-22-2023
Dead line date 12-22-2023
Subject All foreward
incredated. Associated
stimulated Related to
appraisal all my monies
+ Into fn '10-11-01 to
12-22-2023: Base on
me-06150 to 44 A DU.
Victim. Wrk 300 SKnc6870
300 YKno64485 2R-805-0175
complaint dated- 12-11-2023
Atch papers fn- 7 to 12-22-2023
Wrt- 202-354-3000. Complaints
dated 12-11-2023. Complaints
2023: Atch. papers + 12-22
12-18-2023 + 12-22-2023

To. US. DISTRICT Court.
DIST of columbia
333 Constitution Ave NW
washington DC 20001
Tele # 202-354-3000
attn clerk of court

Cc. US. DISTRICT Court.
Southern DIST. of NY
500 Pearl St
NY, NY. 10007.
attn clerk of court
attn # 212-805-0125

Subject Appraisal
Closed all USA Postponents
Base on all Employees turned
must have Req Into to Same
As me: Such AS. W2 Form
Bus ID # (PPS) political
Party Status + HS diploma

Questions @ are
Did US DoS violated
Civil Rights Act
by not processing my
SSA discrimination
complaint AS A
US citizen complaint

My Req Into my Bus
ID # 30562 608 P
(PPS) Incorporated
1-888-848-5306

Appraisal my false $
MHA-2R-OCl-OSI With
202-804-7000 (U731)
for non-Jurisdiction.
202-804-7000: All Employers
+Employees is Evictuals +
Jobs lost and pay me-06150.
204 911 trillion $1. 910 trillion
+Taxes. Base on 202-604-7000
employers don't have same
Req Into as me. Req.
Into (omy) Is HS diploma
W2 form. Bus ID # +
political party status

Cc for United-Parties Incident date
2023. Included parties (2 White P.O.S
makes. 6 White call. 9-11. AS P.O.S came
into house 3rd floor 4788 Home. Wrk was
laying on bed @ pink gun on Arol Have
Nearly done. Hot (1) P.o waved paper at
Wrt: Wrt Acted as tho she was going
to Jump into p.o Arms as Wrt. signed
A paper. Quickly

Send this Into to US. DIST. SD NY-2R-
805-0175. me-06150 to 44 And Co-Employees
Is entitled to 100 % profit sharings
Fr my Startup date 7-2-1974 to 12-
22-2023: Base on Bank merging
MHA to Chemical + J-P morgan Chase
1-877-576-2427 @began Job at MHA
4 LM Plaza Broad + water St

Base on US. DIST. Ct. EDNY
didn't Ans my complaint 11-
22-2023 Sent all my
Into to US. DIST. Ct
SDNY. 202-212-805-8175

Questions @ Ans Do Did Bank officers
of merging Bank Use my + Co-Employees
Into for Bank profits DISA And
foreign Banks

Is I'm entitled to 100 %
Vest the Benefits fr MHA
Chemical + J P morgan
Banks - 1-877-576-2427

Fr WALTER Allen
438 Plant St
Brooklyn N.Y 11221
Allen Walter 83 AP gmail
elem. 342 864-0357

to US Dist Court.
Southern Dist of NY
500 Pearl St
NY NY 10007
Tele #212-805-0178
Attn Clerk of Court

May 10-22-2023(?)
Deadline dated
Subject All financial
mandated. Associated
Simulated Related
to Appraised All
Co-employers is
Entitled to 100 %
Vested Benefits the
same as me 961-50-
70 +41. related to
having 14 yrs Banks
Merging MHH
Channeal + JP Morgan
Chase 1-877-576-2427

Subject formalized with US Compliant.
Attch papers. When necessary. (I) Doe 50-70-44
and Co-employees is Entitled to 100 %
profit sharings Fr my Starting date
07-02-1979 to 12-22-2023. Base on
Banks merging - MHH- Channeal +
J.P Morgan Chase #1-877-576-2427 (I)
began Job 07-02-79 at MHH for a
mailclerk Clk 270 park ave NYNY for info
Questions Qans. Did Bank of Amers
of merging banks the MHH Channeal
+ J.P. Morgan Chase 1-877-576-2427
Use MHH Co-employees Into the Bank
profits of USA and foreign All
Bank employees is emotionals +
Job lost for not having any REQ.
Into. Such As H.S Diploma W2
Bus ID.# P.P.S political party.
Status

L→ Co-270 park ave
NYNY

my Bus ID # is
30.56 26087 + 366 052-
832 (DMV) P.P.S
Political Party Status
Independent

CC. US Dist Ct Dist of
Columbia Tele #202-354-3000

Civil Laws violated Doe-Bor- Compliant police. Child support DV + material monal
All. People of USA is Emotionals - Jobs lost + have me - Doe 50-70-44 All my
monies Fr C-1-bor to 12-22-2023. Base on violated civil laws. is there about
my suffering. denied my Applications my compliant's unprocessed! people
don't have the same USA Red Into to have Such As P.P.S. Bus ID#
W2: + H.S Diploma!! Wife and USA people caused DV Divorce by talent.
Material monal Laws violated + I didn't know my wife was stripdancing.
people of USA violated Child support Laws by non-parents - People of USA
caused me DV Divorces by violated DV. Laws JW Steven 66670 JW Steven 66467
violated Biz-Laws 10% mortgage interest not pay to me as a Partner
on W bo Form- monies to pay for light & gas water yearly is not my land
Refinel. Utilities is connected to these.
Employment + Discrimination. All Age US must have USA Doc of fact
Polis Flags. 100 OJT for Academy. psychological test DV water questions
All my subjects + Into is approved by compliant police violated by compliances No Ans to my Into

FL 342-864-1857    78-202-354-8000
Subjects Approved by Confessionals + tells    CC-77 6-212-805-0125
About test Cheating. Violated states
mineral laws by talking + hanging up
with outside lawyers USA

Complaint polices violated by Complaintees
No ans to my complaints + Complaint
Offices didn't noticed my Complaines

Test cheating. IS public Schools.
D.m.v. test.. College tests M.C.D.U.
academy, Chemical Agent tests 9-27-90
D.M.V. test Cheating. Sat test
Cheating

Civil. LAWS violated by TAXE LAWS
All people USA must PAY. W-2
TAXES the same As. me-0652-7099
SSA, city, State + Federal US
Govt offices

Employment + Civil. laws
Violated. All employers-
must be Fire from Recreditators
Retrained on A yearly bases.+
take directly Knee Class while
CK for proof of above ends
in Attendance Sheets

All Abused Into is    Subjects Approved for Civil. LAWS
Violated Sheets    approval by Back test Svcs. Complaint
##M+A-511-511 -1800-410-7420 Sources 708-963-
5774-(800) 8346 Source(s)  Civil LAWS violated my
owned all NBA players is REQ to Obtain degree
Some thing before going to the NBA Fair play. The
Only way - and my way 3+ Co Play. It psgl.
msg. St. John penn
Walter L Albert

Subjects approved US.
US. govt protects/Permits the Full business
by US Rent programs,$ ForeClosures
was important to US
blacks+whites+
Employers/employees

Talking 12-23-2023
Deadline date 7
Subject All financial mandated
stimulated Related to Approved
all my monies + date for 10-11-01
to 12-22-2023. Based on Civil
Laws violated. in city entered
Me Human Behaviors

D-CAS test. Cheatings
Application. Discriminations
for US Housings + Jobs is
Not = Distributions for
males + females.

Civil. LAWS All US housings
must have. Bldgs Inspectors
Reports + Certificate of
Occupances..

Civil LAWS violated me (2)
MOC - mis-reps + non-reps to
CK all others. Me Los mocs
for non-reps + mis-reps

De for civil laws violated by Application + Drawlings
non child support profits
example: de Phillip Bible DCAS emplaye SSA employees
or issue the date! 01-20-2013 sat US-Govt-offices

My owned civil Laws violations
non jurisdictions to caused Homeless
dont Base on doing Applications USA
misreps + non-reps. authorities